MARGOLIS & MARGOLIS LLP
Susan L. Margolis, No. 104629
Arthur L. Margolis, No. 057703
Attorneys at Law
2000 Riverside Drive
Los Angeles, CA 90039-3758
Tel. (323) 953-8996

Counsel for Attorney
**VAHE OHANIAN**

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Disciplinary Matter of<br><br>Vahe Ohanian,<br>State Bar Memb. No. 226394 | Case Number: 13-mc-00267 GHK<br><br>**RESPONSE TO ORDER TO SHOW CAUSE (ATTORNEY DISCIPLINE)** |

Vahe Ohanian, through his undersigned counsel, here responds to the Court's July 18, 2013 Order to Show Cause:

Mr. Ohanian does not contest a suspension imposed by this Court, provided that it runs concurrently with the time he will be actually suspended from the practice of law by the California Supreme Court or the California State Bar Court in connection with State Bar Court Case No. 12-C-14644, and provided that he be reinstated in this jurisdiction concurrently at the same time that he is reinstated to active status by the California Supreme Court or the California State Bar Court.

Respectfully submitted,

MARGOLIS & MARGOLIS LLP

July 22, 2013                By: _____
                                  SUSAN L. MARGOLIS
                                  Counsel for Vahe Ohanian